```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                Case No.: 8:17-cr-206-T-33CPT

SHMAYA HANOCH

_____/

**ORDER**

This matter comes before the Court pursuant to Shmaya Hanoch's construed unopposed Motion for Early Termination of Probation (Doc. # 57), filed on September 16, 2020. For the reasons that follow, the Motion is granted, and Mr. Hanoch's probation is terminated.

**Discussion**

In his Motion, Mr. Hanoch requests early termination of supervised release.[1] (Doc. # 57) Section 3564(c) provides:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration

---

1. However, Mr. Hanoch is on probation, not supervised release. (Doc. # 52). Therefore, the Court will construe this as a motion for early termination of probation.

1

> of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c).

In March 2018, the Court sentenced Mr. Hanoch to five years' probation for the offense of trafficking in counterfeit goods. (Doc. # 52). Additionally, the Court ordered that Mr. Hanoch pay a fine of $7,200 and a special assessment of $300. (Id.). Mr. Hanoch has since satisfied his payment obligations and has served over thirty months of his sixty-month term of probation. (Doc. # 57 at 1).

Mr. Hanoch asks that his probation be terminated early because he has complied with the terms of his probation over the past thirty months. (Id. at 1). He notes that he has been employed during the period of probation, and that he owns a beachwear shop in Clearwater Beach. (Id. at 1-2). Mr. Hanoch also owns a home in Largo, Florida, and has had full custody of his five-year old daughter for the majority of his probation. (Id. at 2).

Neither the United States nor Mr. Hanoch's probation officer objects to early termination. (Id.). In light of Mr. Hanoch's compliance with the terms of his probation as well as the probation officer's and the United States' consent,

the Court agrees that Mr. Hanoch's probation should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Shmaya Hanoch's construed unopposed Motion for Early Termination of Probation (Doc. # 57) is **GRANTED**. Shmaya Hanoch is discharged from probation immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>16th</u> day of September, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE